IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CANDACE M. SIMPKINS, Personal
Representative of the Estate of Donna Legens,
and CATHY CANTRELL,

        Plaintiffs,

V.

THILLENS, INC., and
DEMOND A. HUNT, JR.,

        Defendants.

Case No. 17-cv-1251 JPG/GCS

Consolidated with 19-279 JPG/GCS

## ORDER

**GILBERT, Judge:**

Having been advised by counsel for the parties that the above action has been settled but that

additional time is needed to consummate the settlement, the Court **DIRECTS** the Clerk of Court

to enter judgment of dismissal with prejudice and without costs 60 days from the date of this

order.   Should the parties fail to consummate settlement within 60 days, they may petition the

Court to delay entry of judgment until a later date.   In light of the settlement, the Court **DENIES**

all motions pending in this case **as moot** and **VACATES** all court dates in this case.

**IT IS SO ORDERED.**
**DATED: November 19, 2019**


                          *s/J. Phil Gilbert*
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**