IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDACE M. SIMPKINS and CATHY CANTRELL, Plaintiffs, | Case No. 17–CV–01251–JPG |
| v. | *consolidated with* |
| THILLENS, INC. and DEMOND A. HUNT, JR., Defendants. | Case No. 19–CV–00279–JPG |

## **JUDGMENT**

This matter having come before the Court, the parties having reached an arms-length settlement, and the funds having been distributed,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendants **THILLENS, INC.** and **DEMOND A. HUNT, JR.** are **DISMISSED WITH PREJUDICE**.

**Dated: March 6, 2020**　　　　　　　　　　**MARGARET M. ROBERTIE**
　　　　　　　　　　　　　　　　　　　　**CLERK OF COURT**

　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**

**Approved by s/J. Phil Gilbert**
　　　　**J. PHIL GILBERT**
　　　　**UNITED STATES DISTRICT JUDGE**